UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL G. MUSSELWHITE, WHITESHIRE FOODS, INC., LELAND-HWY 17, INC., SHALLOTTE-HWY, INC., and WILMINGTON-17TH, INC., | ) ) ) ) ) | **JUDGMENT** |
| Plaintiffs, | ) ) | 7:18-CV-89-BO |
| v. | ) ) | |
| MID-ATLANTIC RESTAURANT CORP., CARY KEISLER, INC., and S.C.N.B., INC. | ) ) ) | |
| Defendants. | ) ) | |

**Decision by Court.**

This matter is before the Court on defendants' motions to dismiss [DE 26, 28, 31, 33] and plaintiffs' motion for an extension of time to respond to the motions to dismiss [DE 36].

**IT IS ORDERED, ADJUDGED AND DECREED** plaintiffs' motion for an extension of time [DE 36] is GRANTED for good cause shown, defendants' second motions to dismiss [DE 31, 33] are GRANTED, and defendants' first motions to dismiss [DE 26, 28] are DENIED AS MOOT.

This case is closed.

**This judgment filed and entered on October 29, 2018, and served on:**
Donald G. Huggins, Jr. (via CM/ECF Notice of Electronic Filing)
James E. Hairston, Jr. (via CM/ECF Notice of Electronic Filing)
Gary J. Rickner (via CM/ECF Notice of Electronic Filing)
Marla Spector Bowman (via CM/ECF Notice of Electronic Filing)

PETER A. MOORE, JR., CLERK

October 29, 2018

  /s/Lindsay Stouch
By: Deputy Clerk