FILED: April 15, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2435
(7:18-cv-00089-BO)

_____

MICHAEL G. MUSSELWHITE; WHITESHIRE FOODS, INC.; LELAND-HWY 17, INC.; SHALLOTTE-HWY, INC.; WILMINGTON-17TH STREET, INC.

        Plaintiffs - Appellants

v.

MID-ATLANTIC RESTAURANT CORP.; CARY KEISLER, INC.; S.C.N.B., INC.

        Defendants - Appellees

 and

GREGORY MOORE, in his individual and official capacity as Owner and Officer of Mid-Atlantic Restaurant Corporation and Smithfield Management Corporation; SMITHFIELD'S OF SMITHFIELD, INC.; SMITHFIELD'S OF CLAYTON, INC.; DAVID HARRIS, in his individual and official capacity as an Officer of Mid-Atlantic Restaurant Corporation and Smithfield Management Corporation; L. BRIAN CHESHIRE; FLAMINGO SOUTH LLC; FLAMINGO PROPERTIES LLC

        Defendants

_____

## J U D G M E N T
_____

In accordance with the decision of this court, the judgment of the district court is vacated. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK