UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL G. MUSSELWHITE, WHITESHIRE FOODS, INC., LELAND-HWY 17, INC., SHALLOTTE-HWY, INC., and WILMINGTON-17TH STREET, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MID-ATLANTIC RESTAURANT CORP., CARY KEISLER, INC., S.C.N.B., INC., GREGORY MOORE, SMITHFIELD'S OF SMITHFIELD, INC., SMITHFIELD'S OF CLAYTON, INC., DAVID HARRIS, L. BRIAN CHESHIRE, FLAMINGO SOUTH, LLC, and FLAMINGO PROPERTIES, LLC, <br><br> Defendants. | **JUDGMENT** <br><br> 7:18-CV-89-BO |

**Decision by Court and Jury.**

**IT IS ORDERED, ADJUDGED AND DECREED** that, pursuant to the Court's order entered February 25, 2022, plaintiffs do not contest dismissal of this defendant from this action. Defendant S.C.N.B. is therefore DISMISSED. Defendants' motion for summary judgment [DE 74] is GRANTED IN PART and DENIED IN PART.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, pursuant to the Court's oral order entered June 27, 2022, defendants' oral motion for directed verdict is granted in part and denied in part. The motion is granted as to plaintiffs' claim for breach of the Unfair and Deceptive Trade Practices and denied as to all other claims.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED**, pursuant to the Court's oral order entered June 27, 2022, the Court finds there is no claim for a Breach of the Implied Duty of Good Faith and Fair Dealing.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that defendant Mid-Atlantic Restaurant Corp. unlawfully breached the contracts with Plaintiffs.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiffs are entitled to $498,265.00.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiffs are entitled to and shall recover post-judgment interest on the entire amount awarded under this judgment at the rate established by 28 U.S.C. §1961, accruing as of the date of entry of the judgment up to and until satisfied in full.

**This judgment filed and entered on June 28, 2022, and served on:**
M. Brad Miller (via CM/ECF NEF)
James E. Hairston, Jr. (via CM/ECF NEF)
Christopher S. Edwards (via CM/ECF NEF)
E. Bradley Evans (via CM/ECF NEF)
Isabelle M. Chammas (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

June 28, 2022

 /s/Peter A. Moore, Jr.